## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JAMES RICHARD JOHNSON,               :

      Plaintiff,                           :

  vs.                                     :

JUDGE ROBERT W. HUTCHESON,          :
Greene County Juvenile Court Judge,
*et al.*,                             :

      Defendants.                          :

Case No. 3:15cv00320

District Judge Walter Herbert Rice
Chief Magistrate Judge Sharon L. Ovington

---

## DECISION AND ENTRY

---

The Court has conducted a de novo review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.    The Report and Recommendations docketed on September 28, 2015 (Doc. #3) is ADOPTED in full;

2.    Plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2);

3.    The Court certifies under 28 U.S.C. §1915(a)(3) that Plaintiff's appeal, if any,

would not be taken in good faith; and,

4.      The case is terminated on the docket of this Court.


_____

Walter Herbert Rice
United States District Judge